

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Ranfery Palacios v. The State of Texas

Appellate case numbers:  01-11-00311-CR, 01-11-00312-CR

Trial court case numbers: 1177546, 1191389

Trial court:                208th District Court of Harris County

      A supplemental clerk's record that complies with our order of abatement has been filed in each of the above-referenced appeals. Therefore, we order the appeals **reinstated**.

      Appellant's brief is due 30 days from the date of this order.

      It is so **ORDERED**.


Judge's signature: /s/ <u>Justice Jane Bland</u>
                  ☑ Acting individually     ☐ Acting for the Court


Date: July 24, 2012